A Class Action

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Daniel Chavez_ ~~_____~~

~~_____~~

~~_____~~

vs

(Full name of defendant(s))

_Head of I.R.S_

_Head of U.S Dept. of Treasury_

_____

Case Number:

2:21-cv-00067-JRS-DLP

_____

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_, and is located at
         (State)

_I.D.O.C WVCF P.O Box 1111 Carlisle, IN 47838-1111_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Head's of I.R.S. -N- U.S Dept. of Treasury_
                                                                          (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  I.R.S -w- U.S Dept.oF Treasury _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On or before 10-09-2020. Per direction of I.D.O.C
Legal Department. Pursuant to a Court order Entered
by a Court in "Schall -v- Mnuchin" No. 20.cv-05309
(U.D. Cal. Oct 7, 2020), Chief District Judge 3rd
Floor 1301 Clay st, Oakland, Ca 94612. the Judge Phyllis
Hamilton order the I.R.S -w- U.S Dept.oF Treasury
to "Stop Withholding" "Care's Act" Stimulus Funds From
Inmate. I was told by the Legal Department of
I.D.O.C to get the Check  I had to be a U.S
Citizen (1.) "I had to Not be Claim on Any

Complaint - 2

Other Person's Return "(2.)" I Had to Have a Valid
(SSN) "(3.)" I Had to Have a income Less then
$ 12.200 "(4). First I'm a U.S Citizen Born
to Margaret ████ and Michael Chávez     (1.) Was
Not Claim on No Refund to the Best of my Knowledge
or gave the OK For Any Person to use my (SSN). (2.)
My (SSN) ███-██-3628     is Valid. (3.) I've
Not Made No income and my Famliy Has not
Send me No where Near 12.200 (4.) the Congress
Pass Law the "Care's Act" State in All U.S Citizen's
get's the "E.I.P 2020 Federal Stimulus Check"
AKA "Care's Act" Stimulus Check's. I'm a U.S
Citizen By Birth -n- a "United State's District
Court up-Held I a Convict should still get the
the Check Do to me being a U.S Citizen By
Birth. I Mail my "1040" to Boat Address to
the I.R.S. -n- U.S. Dept. of Treasury on or Before
October -12-2020 Before the Set Deadline
Of October -30-2020 By U.S Postter mail

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I seek the 1,200$ Stimulus Check's Withheld
by the I.R.S -w- U.S Dept. of Treasury, and
my Court Fee's Pay For the Withholding

Complaint - 4

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case

OR

☐    Court Trial – I want a judge to hear my case

Dated this ___21 day of _January_____ 20_21_.

Respectfully Submitted,

_Daniel Clay_____
Signature of Plaintiff

___189508____
Plaintiff's Prisoner ID Number

_I.D.O.C WVCF CCUQ104 P.O Box
111 Carlisle, IN 47838 - 111_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.